

June 24, 2015

**BY ECF AND E-MAIL**
The Honorable Valerie E. Caproni
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007
E-mail to CaproniNYSDChambers@nysd.uscourts.gov

Re:   Cynthia Chaffee et al. v. Farber et al., Index No. 15-cv-04262 (VEC)(JLC)

Dear Judge Caproni:

The parties are writing to ask the court to extend all Defendant's time to answer by thirty days.

Defendants have asked to extend their time to answer by thirty days because Defendants have not yet retained counsel or only recently retained counsel.

There has been no previous request for an extension.

All parties consent to the extension.

If the court grants this application, Defendants Ehrlich, Heiberger & Associates, P.C. and Farber's time to answer would be extended to August 3, 2015.  Defendant Daniels, Norelli, Scully & Cecere's time to answer would be extended to August 6, 2015.


Respectfully submitted,


Manhattan Legal Services, Inc.
Attorneys for Plaintiff
1 W. 125th St., 2nd Fl.
New York, NY 10027
mmccune@MLS.LS-NYC.org
646-442-3143 (Telephone and Fax)
By: /s/  Mary McCune, of Counsel (MM3298)

**Manhattan Legal Services**
One West 125th Street, 2nd Floor   New York, NY 10027
Phone: 646-442-3100   Fax: 212-348-4093
www.MLS.LegalServicesNYC.org
**Peggy Earisman,** Director


