

July 7, 2015

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Cynthia Chaffee et al. v. Farber et al., Index No. 15-cv-04262 (VEC)(JLC)

Dear Judge Caproni:

The parties are writing to request and adjournment of the pre-trial conference scheduled in the above referenced case for July 10, 2015 at 10 AM to  July 31, 2015.  If that date is unavailable, the parties ask to adjourn the conference to August 7, 2015.

All parties consent to the adjournment.

The parties request the adjournment because the conference date set by the court falls in the middle of a previously scheduled vacation for one of the Defendants' attorneys.  Other Defendants have only recently engaged counsel and therefore were not able to complete a joint letter and proposed case management order by the deadline set by the court.

There has been no previous request for an extension.

Respectfully submitted,


Manhattan Legal Services, Inc.
Attorneys for Plaintiff
1 W. 125th St., 2nd Fl.
New York, NY 10027
mmccune@MLS.LS-NYC.org
646-442-3143 (Telephone and Fax)
By: /s/  Mary McCune, of Counsel (MM3298)

**Manhattan Legal Services**
40 Worth Street, Suite 606, New York, NY 10013   Phone: 646-442-3100  Fax: 212-227-9798
1 West 125th Street, 2nd Floor, New York, NY 10027   Phone: 212-348-7449  Fax: 212-348-4093
www.manhattanlegalservices.org
**Peggy Earisman**, Project Director

