```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                            DOC #:_____
SOUTHERN DISTRICT OF NEW YORK                           DATE FILED: 7/31/2015
-------------------------------------------------------------- X
    CYNTHIA CHAFFEE and PETER CHAFFEE,         :
                                               :
                          Plaintiff,           :
                                               :
                                               :        15-CV-4262 (VEC)
                   -against-                   :
                                               :
    MICHAEL FARBER, HEIBERGER &                :        ORDER
    ASSOCIATES, P.C., ROBERT C. EHRLICH, and   :
    DANIELS, NORELLI, SCULLY & CECERE,         :
    P.C.,                                      :
                                               :
                          Defendants.          :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared before the Court for an Initial Pretrial Conference on July 31, 2015, at 10:00 a.m.;

    IT IS HEREBY ORDERED that:

1. To the extent they have not already done so, counsel for all represented parties are directed to promptly register as filing users in accordance with the Procedures of Electronic Case Filing and file a Notice of Appearance on the docket.

2. By separate Order, this action shall be referred to the Magistrate Judge for settlement. Within one week after the completion of the settlement conference, the parties shall submit a joint letter notifying the Court whether settlement efforts were successful.

3. The deadlines for all Defendants to answer or otherwise respond to the Complaint are stayed pending further order of the Court.

4. Discovery is also stayed pending further order of the Court.

5. Plaintiff's counsel is responsible for distributing copies of this Order to any Defendant on behalf of whom counsel has yet to file a Notice of Appearance.

**SO ORDERED.**

**Date:  July 31, 2015**  **VALERIE CAPRONI**
 **New York, New York**  **United States District Judge**