

July 31, 2015

**BY ECF**
The Honorable James L. Cott
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Cynthia Chaffee et al. v. Farber et al., Index No. 15-cv-04262 (VEC)(JLC)

Dear Judge Cott :

The above referenced case has been referred to you for settlement discussions by Judge Caproni.  We were informed that your next available dates are August 13, 2015 and September 1, 2015.

The parties have conferred and are all available to meet with you on September 1, 2015.

Respectfully submitted,

Manhattan Legal Services, Inc.
Attorneys for Plaintiff
1 W. 125th St., 2nd Fl.
New York, NY 10027
mmccune@MLS.LS-NYC.org
646-442-3143 (Telephone and Fax)
By:  /s/  Mary McCune, of Counsel (MM3298)


**Manhattan Legal Services**
One West 125th Street, 2nd Floor   New York, NY 10027
Phone: 212-348-7449   Fax: 212-348-4093
www.MLS.LegalServicesNYC.org
**Peggy Earisman,** Director
